```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANGELO CRUZ A/K/A/ ANGELO DIAZ,     :
                                    :
                    Plaintiff,      :
            v.                      :   07 Civ. 4014(BSJ)(GWG)
                                    :
UNITED STATES DEPARTMENT OF         :
JUSTICE, et al.,                    :   ORDER
                                    :
                    Defendants.     :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Having reviewed Magistrate Judge Gabriel W. Gorenstein's Report and Recommendation dated November 13, 2007, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, Plaintiff's case is dismissed without prejudice.

**SO ORDERED:**

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         April __, 2008